IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HIGHLAND SUPPLY CORPORATION,**
an Illinois Corporation, and
**PRIMA TEK II, L.L.C., an Illinois**
Limited Liability Corporation,

**Plaintiff,**

v.

**KLERK'S FLEXIBLE PACKAGING BV,**
a Netherlands Corporation, f/k/a
**KLERK'S PLASTIC INDUSTRIES, BV,**

**Defendant.**                                              No. 05-482-DRH

## ORDER

**HERNDON, Chief Judge:**

  Before the Court is Defendant's Motion to Continue and Request a Setting for Final Pre-Trial Conference (Doc. 96). Specifically, Defendant requests that the presumptive trial month of November be continued in this case as Defendant needs additional time to coordinate production of and review by Plaintiffs of additional information that it was ordered to provide to Plaintiffs at an October 1, 2009 discovery hearing (See Doc. 95). Defendant also requests a final pre-trial conference date to determine a specific trial setting as Defendant's witnesses reside outside of the United States and need early notice of a possible trial date in order to travel to the United States. Based on the reasons in the motion, the Court **GRANTS** Defendant's motion for continuance and request for final pre-trial conference (Doc. 96). The presumptive trial month of November is **CONTINUED** and a **Final Pre-**

**Trial Conference** is scheduled for **January 6, 2010 at 10:30 a.m** at which time the Court will set this matter for trial.

**IT IS SO ORDERED.**

Signed this 26th day of October, 2009.

/s/    David R Herndon

**Chief Judge
United States District Court**