## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HIGHLAND SUPPLY CORPORATION,**
**an Illinois corporation, and PRIMA**
**TEK II, L.L.C., an Illinois Limited**
**Liability Company,**

>           **Plaintiffs.**

>     **VS.**

**KLERK'S FLEXIBLE PACKAGING BV,**
**a Netherlands corporation, formerly known**
**as Klerk's Plastic Industrie BV,**

>           **Defendants.**                       **NO.  05-CV-482-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 19, 2010, this case is **DISMISSED**  with prejudice.  Each party shall bear their own costs.

>           **NANCY J. ROSENSTENGEL,**
>           **CLERK OF COURT**


>           **BY:**_____ **/s/***Sandy Pannier*_____
>                       **Deputy Clerk**

Dated: April 27, 2010


APPROVED:  _/s/  David R Herndon___
>           CHIEF JUDGE
>           U. S. DISTRICT COURT